

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00286-CR

## IN RE JUSTIN S. MATTHEWS

## Original Proceeding

## MEMORANDUM OPINION

Justin S. Matthews's petition for writ of mandamus was filed on September 2, 2016.

In his petition, Matthews complains about the trial court's failure to rule on a motion,

specifically "Defendant's First Motion for Appointment of Counsel for Habeas Corpus."

Since the filing of the petition, the trial court has denied Matthews's motion.

Accordingly, Matthews's petition for writ of mandamus is dismissed as moot.


TOM GRAY
Chief Justice



Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition dismissed as moot
Opinion delivered and filed September 28, 2016
Do not publish
[OT06]